Judges Copy

@002

FILED
DES MOINES, IOWA

99 NOV -9 AM 11:10

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IOWA, SOUTHERN DIVISION
### CENTRAL DISTRICT

WENGER MANUFACTURING, INC. )
a Kansas Corporation, )
)
      Plaintiff, )
)
vs. )    Civil Action No. 4-98-CV90083
)
COATING MACHINERY SYSTEMS, )
INC., an Iowa corporation, and )    **JOINT MOTION FOR ENTRY OF**
VECTOR CORPORATION, )    **FINAL JUDGMENT AND**
)    **STIPULATION OF DISMISSAL**
      Defendants. )

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Wenger and Defendants CMS and Vector jointly move the Court to enter final judgment in this case, and stipulate that Defendants' counterclaim for invalidity of the patent-in-suit is dismissed without prejudice. The parties stipulate as follows:

    1.    On September 30, 1999, the Court issued an order amending its March 31, 1999 order and granted summary judgment in favor of CMS and Vector with respect to Wenger's complaint and amended complaint that CMS and Vector infringed Wenger's Patent No. 5,100,683.

    2.    CMS and Vector will voluntarily dismiss their counterclaim of invalidity without prejudice. In the event the judgment in favor of CMS on Wenger's patent infringement claim is reversed on appeal, the counterclaim may be reasserted by CMS and Vector in this case and tried together with Wenger's patent infringement claim.

*134.*

3.    This stipulation resolves all remaining claims, and the Court may enter final

judgment for purposes of appeal.

ZARLEY, McKEE, THOMTE, VOORHEES
& SEASE, P.L.C.

HOVEY, WILLIAMS, TIMMONS &
COLLINS


By: _Kirk M. Hartung_
Kirk M. Hartung
Jeffrey D. Harty
801 Grand Avenue - Suite 3200
Des Moines, Iowa 50309-2721
Telephone: (515) 288-3667

By: _John Collins_
John M. Collins
Warren N. Williams
2405 Grand Blvd., Suite 400
Kansas City, Missouri 64108
Telephone: (816) 474-9050

ATTORNEYS FOR DEFENDANTS

ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IOWA, SOUTHERN DIVISION
CENTRAL DISTRICT

| | |
|---|---|
| WENGER MANUFACTURING, INC. ) <br> a Kansas Corporation, ) <br> ) <br>      Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> COATING MACHINERY SYSTEMS, ) <br> INC., an Iowa corporation, and ) <br> VECTOR CORPORATION, ) <br> ) <br>      Defendants. ) | Civil Action No. 4-98-CV90083 <br><br> **FINAL JUDGMENT** |

Before the Court is the stipulation of the parties for dismissal of the Defendant's

counterclaim in this case, and the Joint Motion for Entry of Final Judgment. Having considered

the stipulation, the Court agrees that the motion should be GRANTED.

    1.     It is therefore ORDERED that for the reasons stated in the Court's Order of

September 30, 1999, the clerk shall enter judgment of non-infringement in favor of Defendants

CMS and Vector and against Plaintiff Wenger on the claims of Wenger's Patent No. 5,100,683.

    2.     Defendants' counterclaim of invalidity is dismissed without prejudice.

    3.     All pending motions are hereby withdrawn.

    4.     Defendants are awarded their costs.

    5.     This Final Judgment incorporates the Court's orders entered March 31, 1999 and

September 30, 1999, granting and denying certain motions for summary judgment. These

rulings are, with entry of this order, a final judgment for purposes of appeal.

6.      All relief not expressly granted is denied.  This is a final judgment for purposes of

appeal.

        Signed this ____ day of _____, 1999.


_____

                                                      Robert W. Pratt
                                                      United States District Court Judge

APPROVED AS TO FORM:

ZARLEY, McKEE, THOMTE, VOORHEES          HOVEY, WILLIAMS, TIMMONS &
& SEASE, P.L.C.                          COLLINS


By: _Kirk M. Hartung_                    By: _John M Collins_
Kirk M. Hartung                          John M. Collins
Jeffrey D. Harty                         Warren N. Williams
801 Grand Avenue - Suite 3200            2405 Grand Blvd., Suite 400
Des Moines, Iowa 50309-2721              Kansas City, Missouri 64108
Telephone: (515) 288-3667                Telephone: (816) 474-9050

ATTORNEYS FOR DEFENDANTS                 ATTORNEY FOR PLAINTIFF


2